## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| **IAN M. SUZMAN,**  )<br>     Plaintiff  )<br>  )<br>**v.**  )<br>  )  **Civil No. 05-192-P-S**<br>**ADOLPH CRISP, et al.,**  )<br>     Defendants  )<br>  )<br>  )<br>  ) | |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 1, 2006, her Recommended Decision (Docket No. 16). Defendant Rayella Booton-Brown filed her Objection to the Recommended Decision (Docket No. 17) on March 14, 2006. Plaintiff filed his Response to Ojection (Docket No. 20) on March 28, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (Docket No. 16) is AFFIRMED.

2. Defendants' Pro Se Motion to Dismiss or Transfer of Action on Grounds of Improper Venue (Docket No. 8) is DENIED.

         /s/ George Z. Singal         
         Chief U.S. District Judge

Dated: March 31, 2006.