UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| IVAN M. SUZMAN, | ) |
| Plaintiff | ) ) ) ) ) Civil No. 05-192-P-S |
| v. | ) ) |
| ADOLPH CRISP, et al., | ) ) |
| Defendants | ) |

**ORDERS AND RECOMMENDED DECISION ON
CASA AGAPE MINISTRIES, INC.'S MOTION (DOCKET NO. 41)**

In his complaint Ivan Suzman relates that he has advanced Young-Onset Parkinson's Disease and complains of the defendants' fraud and deceit apropos their 'care' of him after he sought help in the wake of a personal crisis. Defendant Rayella Booton-Brown has filed a pleading on behalf of Defendant Casa Agape Ministries, Inc. adopting motions filed by Booton-Brown (Docket No. 27) and Defendant Adolph Crisp (Docket No. 34.) "[A] corporation may appear in the federal courts only through licensed counsel." Rowland v. California Men's Colony, Unit II Men's Advisory Counsel, 506 U.S. 194, 202 (1993) (citing Osborn v. President of Bank of United States, 9 Wheat. 738, 829 (1824)). Therefore, I **DENY** Casa Agape Ministries, Inc.'s adoptive motion to strike, motion for a more definite statement, and motion to quash, and I **RECOMMEND** that the court **DENY** its motions to dismiss. In my order on Booton-Brown's motion for an extension of time to file an answer, I have granted all defendants until September 1, 2006, to file their answers. Casa Agape Ministries, Inc. must file its answer, and all further

2

pleadings, through licensed counsel and in accordance with the District of Maine Local Rules.

## NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

July 12, 2006.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge