UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| IVAN M. SUZMAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil No.   05-192-P-S |
| | ) | |
| ADOLPH CRISP, et al., | ) | |
| | ) | |
| Defendants | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 47) filed July 12, 2006, the Recommended Decision is AFFIRMED.  It is **ORDERED** that Booton-Brown's Motions to Strike and for a More Definite Statement (Docket No. 27) are DENIED.  The Motion for an Extension of Time to File Answer (Docket No. 27) is GRANTED.  The Motion to Dismiss (Docket No. 27) is DENIED.  Answers for all defendants who have appeared in this action are due by SEPTEMBER 1, 2006.

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 51) filed July 12, 2006, the Recommended Decision is AFFIRMED.  It is **ORDERED** that Suzman's Motion for Summary Judgment (Docket No. 38) and his Motion for Default Judgment (Docket No. 39) are DENIED.

                                                      /s/ George Z. Singal
                                                      Chief United States District Judge

Dated this 2nd day of August, 2006.