UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| IVAN M. SUZMAN,            )<br>    Plaintiff            )<br>                              )<br>v.                            )<br>                              )  Civil No. 05-192-P-S<br>ADOLPH CRISP, et al.,     )<br>                              )<br>    Defendants          )<br>                              )<br>                              ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on July 12, 2006, her Recommended Decision (Docket No. 50). Defendant Booton-Brown filed her Objection to the Recommended Decision (Docket No. 57) on July 28, 2006. Defendants Crisp and Booton-Brown filed their Response to Objection and Recommended Decision (Docket No. 68) on August 23, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.	It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

      2.     Casa Agape Ministries, Inc.'s adoptive Motion to Strike, Motion for a More Definite Statement (Docket No. 27) and Motion Quash (Docket No. 68) are all <u>DENIED</u>.  All Defendants are granted until September 1, 2006 to file their answers.  Casa Agape Ministries, Inc. must file its answer and all further pleadings through licensed counsel and in accordance with the District of Maine Local Rules.

      So Ordered.

                                      <u>/s/ George Z. Singal</u>
                                      Chief U.S. District Judge

Dated: August 23, 2006