UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **IVAN M. SUZMAN,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 05-192-P-S |
| | ) |
| **ADOLPH CRISP, et al.,** | ) |
| | ) |
| Defendants | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 12, 2006, her Recommended Decision (Docket No. 49). Defendant Crisp filed his Objection to the Recommended Decision (Docket No. 54) on July 28, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. Defendant Crisp's Motions to Quash and Motion to Dismiss (Docket No. 34) are **DENIED**. Defendant Crisp's Motions to Strike and Motion for a More Definite Statement and Motion to Dismiss for Failure to State a Claim (Docket No. 27) are **DENIED**. Defendant Crisp shall file his answer in accordance with the Court's Order Regarding Order to Show Cause, which is being simultaneously filed with this Order.

So Ordered.

/s/ George Z. Singal
Chief U.S. District Judge

Dated: August 29, 2006.